AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **0:25-cv-00011-DLB-EBA**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **American Resources Insurance Company**
was recieved by me on  **1/30/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Norma Edwards**, who is designated by law to accept service of process on behalf of **American Resources Insurance Company** at **1111 Hillcrest Rd Ste 100, Mobile, AL 36695** on **01/31/2025 at 10:44 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and $ 150.00 for services, for a total of $ 150.00.

I declare under penalty of perjury that this information is true.

Date:   02/03/2025

_____
**Server's signature**

**Tracy Steigerwald**
*Printed name and title*

**8565 Elizabeth Road**
**Grand Bay, AL 36541**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT FOR BREACH OF SURETY BOND; SUMMONS IN A CIVIL ACTION,  to Norma Edwards who identified themselves as the boss authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.  Paperwork delivered and handed to the manager of the company.**




Tracking #: **0157253201**