UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

ACIN LLC, a Delaware limited liability company,

    Plaintiff,

v.                                                Case No.: 0:25-cv-00011-DLB-EBA

AMERICAN RESOURCES INSURANCE COMPANY,
an Oklahoma company,

    Defendant.

**AMENDED COMPLAINT FOR BREACH OF SURETY BOND**

COMES NOW Plaintiff, ACIN LLC (hereinafter referred to as "ACIN" or "Obligee"), who for its Amended Complaint against Defendant, American Resources Insurance Company (hereinafter referred to as "American Resources" or "Surety"), states as follows:

**The Parties**

1. ACIN is a Delaware limited liability company with its principal place of business located at 175 Irwin Road, Huntington, West Virginia.

2. ACIN, as Lessor and Coking Coal LLC, a Kentucky limited liability company, as Lessee (hereinafter referred to as "Coking Coal" or "Principal"), are parties to that certain "*Coal Mining Lease*" entered into as of May 11, 2020, but made effective as of September 17, 2019 (as amended, hereinafter referred to as "Lease 8218").

3. American Resources is an Oklahoma company with its principal place of business located at 1111 Hillcrest Road, Suite 100, Mobile, Alabama.

4. Effective May 16, 2022, under Section 23 of Lease 8218, Principal provided a surety bond issued by American Resources, in the amount of $1,000,000.00, identifying ACIN as the "Obligee" (Bond No. SBR2022051700, hereinafter referred to as the "Bond"), and guaranteeing Principal's obligations to ACIN under Lease 8218.

## Jurisdiction

5. For purposes of diversity jurisdiction, ACIN is a citizen of West Virginia, and American Resources is a citizen of Alabama. Accordingly, there is complete diversity of citizenship between ACIN and American Resources.

6. The amount in controversy, exclusive of fees and costs, greatly exceeds the jurisdictional minimum established by 28 U.S.C. § 1332.

7. This Court therefore has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

## Venue

8. The coal mining operations conducted by the Principal under Lease 8218 occurred in part within the geographic area encompassed by the Eastern District of Kentucky.

9. The Bond which assures the obligations of the Principal under Lease 8218 was negotiated and delivered to the Principal in the Commonwealth of Kentucky.

10. Paragraph 7 of the Bond expressly provides that the "state and federal courts of the Commonwealth of Kentucky" shall have jurisdiction over any suit on the Bond brought by the Obligee.

11. Venue is therefore appropriate in the Eastern District of Kentucky pursuant to 28 U.S.C. § 1391.

**Facts**

**Amounts due from Principal for unpaid Minimum Deficiency Royalty**

12. Section 23 of Lease 8218 requires Principal to pay to ACIN an Annual Minimum Deficiency Royalty in the original principal amount of **$591,499.25** on, or before, **October 20, 2024**.

13. ACIN first provided Principal with a written demand for payment of the full amount of the unpaid Annual Minimum Deficiency Royalty by letter dated **November 4, 2024** (the "Demand for Payment"). The Demand for Payment notified Principal that under the terms of Lease 8218, payment of the full amount of the unpaid Annual Minimum Deficiency Royalty was required within fifteen (15) days of receipt by Principal of the Demand for Payment (the "Cure Period").

14. The Demand for Payment was made by ACIN under, and in compliance with terms, and notice requirements, of Lease 8218 and the Bond, and was sent by ACIN to Principal by USPS Certified Mail on **November 4, 2024**, and received by Principal on **November 13, 2024**. Accordingly, the Cure Period commenced as of **November 13, 2024**, and expired on **November 28, 2024**. The Demand for Payment was also sent to Principal by ACIN by USPS Mail, first class, postage prepaid, and electronic mail.

15. Principal failed to pay the full amount of the unpaid Annual Minimum Deficiency Royalty due by the expiration of the Cure Period on **November 28, 2024**, and has since continued to fail to fully pay such outstanding amount.

16. Section 4D of Lease 8218 provides that "*Interest shall be due and be paid by Principal to Lessor on all amounts past due at the annual rate equal to the highest effective prime interest rate plus 5% as then reported in the Wall Street Journal and as the same may change from day-to-day, calculated daily from the date such payment was due <u>until such date payment in full is received by Lessor</u>. . .*"

   a. Effective as of the unpaid Annual Minimum Deficiency Royalty Due Date and continuing through **November 7, 2024**, the highest effective annual prime interest rate reported in the Wall Street Journal was **8.00%**, which, after adding **5.00%** as provided in Lease 8218, results in an annual interest rate of **13.00%** (the "**Original Default Interest Rate**").

   b. Effective as of **November 8, 2024**, and continuing through **December 19, 2024**, the highest effective annual prime interest rate reported in the Wall Street Journal was **7.75%**, which, after adding **5.00%** as provided in Lease 8218, results in an annual interest rate of **12.75%** (the "**Modified Default Interest Rate**").

   c. Effective as of **December 20, 2024**, and continuing through the date of the filing of this suit, the highest effective annual prime interest rate reported in the Wall Street Journal was **7.5%**, which, after adding **5.00%** as provided in Lease 8218, results in an annual interest rate of **12.5%** (the "**Current Default Interest Rate**").

4

17. Effective **October 21, 2024**, the Original Default Interest Rate of 13.00% was applied to the unpaid Annual Minimum Deficiency Royalty.

18. As of **November 7, 2024**, the balance of the unpaid Annual Minimum Deficiency Royalty increased to **$595,291.33**, being the original unpaid Annual Minimum Deficiency Royalty of **$591,499.25**, plus **18 days** of interest at the Original Default Interest Rate, beginning on October 21, 2024, and continuing through November 7, 2024, and accruing at the rate of **$210.67 per day**.

19. Effective **November 8, 2024**, the Modified Default Interest Rate was applied to the unpaid Annual Minimum Deficiency Royalty.

20. As of **November 26, 2024**, the balance of the unpaid Annual Minimum Deficiency Royalty increased to **$599,217.10**, after adding **19 days** of interest at the Modified Default Interest Rate to the prior balance of $595,291.33, beginning on November 8, 2024, and continuing through November 26, 2024, and accruing at the rate of **$206.62 per day**.

21. On **November 26, 2024**, Principal made a *partial payment* of the unpaid Annual Minimum Deficiency Royalty to ACIN in the amount of **$75,000.00**, reducing the unpaid balance due from **$599,217.10** to **$524,217.10**.

22. As of **December 19, 2024**, the balance of the unpaid Annual Minimum Deficiency Royalty increased to **$528,428.86**, after adding **23 days** of interest at the Modified Default Interest Rate to the prior balance of $595,291.33, beginning on November 26, 2024, and continuing through December 19, 2024, and accruing at the rate of **$183.12 per day**.

23. Effective **December 20, 2024**, the Current Default Interest Rate was applied to the unpaid Annual Minimum Deficiency Royalty.

24. As of **January 23, 2025**, the balance of the unpaid Annual Minimum Deficiency Royalty increased to **$534,581.84**, after adding **34 days** of interest at the Current Default Interest Rate to the December 19, 2024, balance of $528,428.86, beginning on December 20, 2024, and continuing through January 23, 2025, and accruing at the rate of **$180.97 per day**.

25. The unpaid Annual Minimum Deficiency Royalty will continue to accrue interest thereon from and after **January 23, 2025**, until paid in full.

**Amounts due from Principal for Real Property Taxes**

26. ACIN paid real property taxes due in connection with the real property covered by Lease 8218 in the original principal amounts of (a) **$20,454.56** to the Sheriff of Letcher County, Kentucky (the "**Kentucky Real Property Tax Obligation**") on, or before November 1, 2024, and (b) **$23,260.46** to the Treasurer of Wise County, Virginia (the "**Virginia Real Property Tax Obligation**") on, or before, October 31, 2024.

27. Section 5 of Lease 8218 obligates Principal to reimburse ACIN for ACIN's payment of the Kentucky Real Property Tax Obligation and the Virginia Real Property Tax Obligation under Lease 8218 in the total amount of **$43,715.12**.

28. On, or about, December 16, 2024, Principal filed a voluntary petition in bankruptcy under Chapter 11 of Title 11 of the United States Bankruptcy Code.

29. Upon Principal's filing of its bankruptcy petition, the "automatic stay" provisions of the Bankruptcy Code (11 U.S.C. § 362) went into effect, restraining ACIN from taking certain actions against Principal, including the pursuit of the amounts due for payment of real property taxes, issuance of invoices for payment in connection therewith, or any other remedy currently available to ACIN under Lease 8218. Accordingly, ACIN is currently enjoined from taking any action to collect the amounts due for payment of real property taxes from Principal, or to pursue any remedies available under Lease 8218, until otherwise ordered by the Court.

30. Principal is likewise currently enjoined from making any payment on any prepetition unsecured debt or any prepetition priority debt, including reimbursement to ACIN for payment of the Kentucky Real Property Tax Obligation and the Virginia Real Property Tax Obligation. Accordingly, ACIN does not reasonably expect to receive timely payment of the real property taxes by Principal under the terms of Lease 8218.

31. The amounts due for payment of real property taxes remains unpaid.

32. As is set out in paragraph 16 above, interest is due on the amounts due for payment of real property taxes.

33. Effective **November 1, 2024**, the Original Default Interest Rate of 13.00% was applied to the unpaid real property taxes.

34. As of **November 7, 2024**, the balance of the unpaid real property taxes increased to **$43,824.11**, being the original unpaid real property taxes **$43,715.12**, plus **7 days** of interest at the Original Default Interest Rate, beginning on November 1, 2024, and continuing through November 7, 2024, and accruing at the rate of **$15.57 per day**.

35. Effective **November 8, 2024**, the Modified Default Interest Rate was applied to the unpaid real property taxes.

36. As of **December 19, 2024**, the balance of the unpaid real property taxes increased to **$44,574.30**, after adding **49 days** of interest at the Modified Default Interest Rate to the prior balance of $43,824.11, beginning on November 8, 2024, and continuing through December 19, 2024, and accruing at the rate of **$15.31 per day**.

37. Effective **December 20, 2024**, the Current Default Interest Rate was applied to the unpaid real property taxes.

38. As of **February 3, 2025**, the balance of the unpaid real property taxes increased to **$45,276.72**, after adding **46 days** of interest at the Current Default Interest Rate to the December 19, 2024, balance of $44,574.30, beginning on December 20, 2024, and continuing through February 3, 2025, and accruing at the rate of **$15.27 per day**.

39. The unpaid real property taxes will continue to accrue interest thereon from and after **February 3, 2025**, until paid in full.

40. ACIN is not indebted to Principal under Lease 8218, or any other account, and was not so indebted as of October 20, 2024.

**Amounts due from the Surety under the Bond**

41. The Bond expressly requires that American Resources "promptly and fully pay [to ACIN] any Payment Obligations required to be paid by Principal to Obligee under and

pursuant to the terms of Lease 8218" up to the One Million Dollar ($1,000,000.00) penal sum of the Bond and after the required notice to American Resources.

42. The conditions precedent to American Resources obligations to ACIN under the Bond have been met.

43. The Principal's obligation to pay ACIN Minimum Deficiency Royalties and interest thereon remains unpaid more than fifteen (15) days after written demand therefore from ACIN to the Principal.

44. As required by the Bond, ACIN provided American Resources a Notice of Nonpayment for the unpaid Minimum Deficiency Royalty on or about December 11, 2024.

45. More than fifteen (15) days have elapsed since American Resources received the Notice of Nonpayment for the unpaid Minimum Deficiency Royalty.

46. As required by the Bond, ACIN provided American Resources a Notice of Nonpayment for the unpaid real property taxes on or about January 13, 2025.

47. More than fifteen (15) days have elapsed since American Resources received the Notice of Nonpayment for the unpaid real property taxes.

48. American Resources has failed and presently refuses to pay ACIN for the unpaid Payment Obligations of the Principal as required by the Bond.

49. Accordingly, American Resources has breached to the obligations owed to ACIN under the Bond.

9

50. As a result of American Resources breach of its obligation under the Bond, ACIN has been directly, proximately and foreseeably damaged in an amount in excess of the jurisdictional limits of this Court.

51. Paragraph 7 of the Bond expressly provides that "[t]he prevailing party [in any suit brought upon the Bond by Obligee] shall be entitled to costs and reasonable expenses and fees including reasonable attorney's fees, to be awarded and fixed by the court, and to be taxed as costs and to be included in the judgment therein rendered."

## COUNT ONE – BREACH OF CONTRACT

52. ACIN incorporates herein the allegations contained in paragraphs 1 through 51 of the Complaint.

53. Under the circumstances described above, the Bond obligates American Resources to pay ACIN for the unpaid Payment Obligations of the Principal.

54. Despite a proper demand for payment, American Resources has failed and presently refuses to make payments to ACIN as required by the Bond.

55. As such, American Resources has breached the suretyship obligations it owes to ACIN that are expressly contained in the Bond.

56. As a result of American Resources breach of its obligations under the Bond, ACIN has been directly, proximately and foreseeably damaged in an amount in excess of the jurisdictional limits of this Court.

WHEREFORE, ACIN respectfully requests that this Honorable Court award it the amount of the unpaid Annual Minimum Deficiency Royalty and the unpaid real property taxes, pre and post judgment interest thereon along with ACIN's costs and reasonable attorney's fee.

ACIN LLC,

By Counsel,

/s/ Charles R. Hughes
Charles R. Hughes (KY Bar #90658)
Kenneth E. Webb, Jr. (pending Pro Hac Vice)
BOWLES RICE LLP
600 Quarrier Street
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1100
chughes@bowlesrice.com
kwebb@bowlesrice.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
AT ASHLAND

ACIN LLC, a Delaware limited liability company,

    Plaintiff,

v.      Case No.: 0:25-cv-00011-DLB-EBA

AMERICAN RESOURCES INSURANCE COMPANY,
an Oklahoma company,

    Defendant.

# Certificate of Service

I, Charles R. Hughes, hereby certify that the foregoing *Amended Complaint for Breach of Surety Bond* was served upon the following via United States Certified Mail, Return Receipt Requested on **February 3, 2025**.

American Resources Insurance Company
1111 Hillcrest Road, Suite 100
Mobile, Alabama 36695-3952

/s/ Charles R. Hughes
Charles R. Hughes (KY Bar #90658)

17382580.1