AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| | |
|---|---|
| ACIN LLC, a Delaware limited liability company ) <br><br> *Plaintiff(s)* <br> v. <br> AMERICAN RESOURCES INSURANCE COMPANY, an Oklahoma company <br><br> *Defendant(s)* | Civil Action No.: 0:25-cv-11-DLB-EBA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  American Resources Insurance Company
1111 Hillcrest Road Suite 100
Mobile, Alabama 36695

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles R. Hughes, Esq.
Kenneth E. Webb, Jr., Esq.
Bowles Rice LLP
600 Quarrier Street
Post Office Box 1386
Charleston, WV  25325-1386

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/24/2025                               _____
                                                *Signature of Clerk or Deputy Clerk*          JS

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **0:25-cv-00011-DLB-EBA**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **American Resources Insurance Company**
was recieved by me on  **1/30/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Norma Edwards**, who is designated by law to accept service of process on behalf of **American Resources Insurance Company** at **1111 Hillcrest Rd Ste 100, Mobile, AL 36695** on **01/31/2025 at 10:44 AM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  02/03/2025

*Server's signature*

**Tracy Steigerwald**
*Printed name and title*

**8565 Elizabeth Road**
**Grand Bay, AL 36541**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, COMPLAINT FOR BREACH OF SURETY BOND; SUMMONS IN A CIVIL ACTION, to Norma Edwards who identified themselves as the boss authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'8"-5'10" tall and weighing 120-140 lbs.  Paperwork delivered and handed to the manager of the company.**





Tracking #: **0157253201**